UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA JACQUEZ, et al.,

    Plaintiffs,

    v.

CITY OF SAN JOSE, et al.,

    Defendants.

Case No.16-cv-05330-NC

**MINUTE ORDER FOLLOWING PRETRIAL CONFERENCE**

Following the August 22, 2018 pretrial conference, the parties are to file the following by Wednesday, August 29:

- Plaintiffs' planned use of attorneys' shared time, e.g. order of opening statements.
- Defendants' motion to exclude smart phones with photograph capabilities from the courtroom during trial; plaintiffs' proposed alternative to this exclusion.
- Plaintiffs' suggested alternative to the defendants' proposed interrogatories regarding qualified immunity.
- Plaintiffs' finalized list of claims to be tried for purposes of jury instructions and verdict forms.

**IT IS SO ORDERED.**

Dated: August 24, 2018

                                                  NATHANAEL M. COUSINS
                                                United States Magistrate Judge

Case No.16-cv-05330-NC