UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JACQUEZ, CHANDRA JACQUEZ, and R.J., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE, and JACOB MORRIS, <br><br> Defendants. | Case No. 16-cv-05330 NC <br><br> **VERDICT FORM** <br><br> **(LIABILITY PHASE)** |

Case No. 16-cv-05330 NC

We the Jury unanimously find as follows:

**QUESTION 1: Excessive Force**

1-1   Did plaintiffs prove by a preponderance of the evidence that Jacob Morris violated the Fourth Amendment of the U.S. Constitution by using excessive force against Richard Jacquez?

YES _____      NO _____

[If your answer to Question 1-1 is YES, then answer Questions 1-a and 1-b. If your answer to Question 1-1 is NO, then skip to Question 2]

1-a   Was it feasible for Jacob Morris to warn Richard Jacquez before striking him with his vehicle?

YES _____      NO _____

1-b   Did Jacob Morris warn Richard Jacquez before shooting him?

YES _____      NO _____

[Proceed to Question 2]

**QUESTION 2: Fourteenth Amendment, Interference with Familial Relationship**

2-1   Did plaintiffs prove by a preponderance of the evidence that Jacob Morris violated the Fourteenth Amendment to the U.S. Constitution?

YES _____      NO _____

[Proceed to Question 3]

**QUESTION 3: Negligence**

3-1    Did plaintiffs prove by a preponderance of the evidence that Jacob Morris was negligent in his use of force against Richard Jacquez?

YES _____    NO _____

[If your answer to Question 3-1 is YES, then answer 3-2.  If your answer to 3-1 is NO, then skip to Question 4]

3-2    Did plaintiffs prove by a preponderance of the evidence that Jacob Morris's use of force was a substantial factor in causing harm to Richard Jacquez?

YES _____    NO _____

[Proceed to Question 4]

**QUESTION 4: Battery**

4-1    Did plaintiffs prove by a preponderance of the evidence that Jacob Morris used unreasonable force against Richard Jacquez?

YES _____    NO _____

[If your answer to Question 4-1 is YES, then proceed to Question 5.  If your answer to 4-1 is NO, then skip to Question 6]

**QUESTION 5: Self-Defense or Defense of Others, on Battery Claim**

5-1   Did defendants prove by a preponderance of the evidence that Jacob Morris reasonably believed that Richard Jacquez was going to harm him and/or another person?

YES _____     NO _____

[If your answer to Question 5-1 is YES, then answer 5-2.  If your answer to 5-1 is NO, then skip to Question 6]

5-2   Did defendants prove by a preponderance of the evidence that Jacob Morris used only the amount of force that was reasonably necessary to protect himself and/or another person?

YES _____     NO _____

[Proceed to Question 6]

**QUESTION 6: Bane Act**

6-1   Did plaintiffs prove by a preponderance of the evidence that Jacob Morris acted violently against Richard Jacquez for the purpose of preventing him from exercising his right to be free from excessive force?

YES _____     NO _____

When Verdict Form completed, please have Presiding Juror sign and date this form and alert Courtroom Deputy.

Date: _____, 2018          Presiding Juror: _____