UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JACQUEZ, CHANDRA JACQUEZ, and R.J., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE, and JACOB MORRIS, <br><br> Defendants. | Case No. 16-cv-05330 NC <br> Case No. 16-cv-05343 NC <br><br> **JUDGMENT** |

In accordance with the Court's August 6, 2018, order granting summary judgment against plaintiffs' (1) denial of medical care claim under the Fourth Amendment and 42 U.S.C. § 1983; (2) claim for municipal *Monell* liability against the City of San Jose; and (3) state law claims for false arrest and false imprisonment; supplemented by the jury's unanimous verdict returned today for defendants Jacob Morris and the City of San Jose after trial on the remaining claims, judgment is entered in favor of the defendants and against the plaintiffs.

**IT IS SO ORDERED.**

Dated: September 10, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge